UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BLOCKCHANGE VENTURES I GP, LLC.

                Plaintiff,

    -against-                                20 **CIVIL** 6866 (AKH)

## **JUDGMENT**

BLOCKCHANGE, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 29, 2021, this case is dismissed for insufficient service of process, lack of personal jurisdiction, and improper venue. Because this Court lacks personal jurisdiction and because this is the improper venue for this action, the Court cannot reach the merits of Defendant's 12(b)(6) motion. See, e.g., In re Rationis Enters., Inc. of Panama, 261 F.3d 264, 26768 (2d Cir. 2001); accordingly, this case is closed.

**Dated:** New York, New York

       January 29, 2021

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                              **BY:**

                                                              **Deputy Clerk**